# UNITED STATES BANKRUPTCY COURT
## District of Maryland

|  |  |
|---|---|
| In re: | * |
| **BARBARA PYE** | * Chapter 7 |
| Debtor(s) | * Case No. 19-11066 |
|  | * |

## MOTION REQUESTING WAIVER OF REQUIREMENT OF
## 11 USC §521 TO FILE AND PRODUCE TAX RETURNS

Barbara Pye, Debtor by and through her attorney, Kim Parker, Esq., and the Law Offices of Kim Parker, PA., hereby moves this Honorable Court to Waive the Requirement file and produce Tax Returns upon demand pursuant to 11 USC §521, and sets forth the following reasons in support thereof:

1. On or about January 27th, 2019 Debtor filed a Voluntary Chapter 7 Petition which was assigned the above referenced case number.

2. The Debtor is retired and receives social security benefits and is not required to file tax returns.

3. Accordingly, Debtor is not required to file tax returns for the stated period and request waiver of the filing and document production requirements of 11 USC §521.

WHEREFORE, based upon the foregoing circumstances described herein Debtor respectfully requests that this Honorable Court waive the requirement 11 USC §521 to file and produce copies of tax return upon demand of appropriate parties.

Respectfully submitted,

/s/Kim Parker, Esq.

Kim Parker, Esq., Trial Bar #23894
Law Offices of Kim Parker, PA
2123 Maryland Ave
Baltimore, Maryland 21218
Tel: 410-234-2621

Fax:410-234-2612
kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day March, 2019 of the foregoing Motion to Requesting Waiver of 11 USC §521 was mailed by electronic to : Chapter 7 Trustee, Cheryl Rose, trusteerose@aol.com  and to all Creditors of record postage pre-paid.

/s/ Kim Parker
_____
Kim Parker, Esq.,