```
Label Matrix for local noticing      Capital One Auto Finance, a division of Capi    Synchrony Bank
0416-0                               4515 N Santa Fe Ave. Dept. APS                  c/o PRA Receivables Management, LLC
Case 19-11066                        Oklahoma City, OK 73118-7901                    PO Box 41021
District of Maryland                                                                 Norfolk, VA 23541-1021
Greenbelt
Tue Feb 26 16:43:06 EST 2019

 (p)BANK OF AMERICA                  Capital One Auto Finan                          (p)CAPITAL ONE
PO BOX 982238                        Credit Bureau Dispute                           PO BOX 30285
EL PASO TX 79998-2238                Plano, TX 75025                                 SALT LAKE CITY UT 84130-0285


Capital One, N.a.                    Comptroller of the Treasury                     Credit One Bank Na
Po Box 26625                         Compliance Division, Room 409                   Po Box 98872
Richmond, VA 23261-6625              301 W. Preston Street                           Las Vegas, NV 89193-8872
                                     Baltimore, MD 21201-2305


Department Stores National Bank      Dress Barn Capital One                          Evan C. Hammerman, Esq.
701 W. 60th Street                   P.O. Box 71106                                  Rausch, Strum, Israel, Enerson & Hornic
Sioux Falls, SD 57104                Charlotte, NC 28272-1106                        6305 Ivy Lane, Suite 705
                                                                                     Greenbelt, MD 20770-6303


Home Depot Credit Services           (p)JEFFERSON CAPITAL SYSTEMS LLC                Lvnv Funding Llc
P.O. Box 9001010                     PO BOX 7999                                     Po Box 1269
Louisville, KY 40290-1010            SAINT CLOUD MN 56302-7999                       Greenville, SC 29602-1269


Macys/dsnb                           Matthew Charles Baron, Esq.                     Merrick Bank Corp
Po Box 8218                          Zwicker & Accosiates, PC                        Po Box 9201
Mason, OH 45040-8218                 948 Clopper Road, 2nd Floor                     Old Bethpage, NY 11804-9001
                                     Gaithersburg, MD 20878-1366


Midland Funding                      Navient                                         Preferred Credit Inc
2365 Northside Drive                 Po Box 9655                                     Pob 1679
San Diego, CA 92108-2709             Wilkes Barre, PA 18773-9655                     St Cloud, MN 56302-1679


Prince George's County               Sears                                           State of Maryland DLLR
Treasurer Division                   3333 Beverly Road                               Division of Unemployment Insurance
Room 1090                            Hoffman Estates, IL 60179-1999                  1100 N. Eutaw Street, Room 401
Upper Marlboro, MD 20772                                                             Baltimore, MD 21201-2225


Syncb/jcp                            Syncb/lowes                                     Td Bank Usa/targetcred
Po Box 965007                        Po Box 956005                                   Po Box 673
Orlando, FL 32896-5007               Orlando, FL 32896-0001                          Minneapolis, MN 55440-0673


Webbank/fingerhut                    Barbara Ann Pye                                 Cheryl E. Rose
6250 Ridgewood Road                  5805 Chris Mar Ave                              9812 Falls Road, #114-334
Saint Cloud, MN 56303-0820           Clinton, MD 20735-2312                          Potomac, MD 20854-3976
```

Kim D. Parker
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, MD 21218-5614

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Capital One Bank Usa N
Po Box 85015
Richmond, VA 23285

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30