# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–11066 – TJC**   Chapter: **7**

**Barbara Ann Pye**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 32 – Motion to Waive Requirement to Provide Tax Returns Filed by Barbara Ann Pye. (Attachments: # 1 Proposed Order # 2 List of All Creditors) (Parker, Kim)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 6/17/19. CERTIFICATE OF SERVICE DOES NOT CLEARLY LIST WHO WAS SERVED BY MAIL AND EMAIL.**

CURE: FILE AN AMENDED CERTIFICATE OF SERVICE THAT CLEARLY LISTS WHO WAS SERVED BY MAIL AND EMAIL.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 6/3/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410−962−4072

cc:   Debtor
      Attorney for Debtor − Kim D. Parker

defntc (rev. 12/12/2016)